UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARCUS MABLE, JR.,

        Plaintiff,

v.

STATE OF MINNESOTA,

        Defendant.

Civil No. 12-1538 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 17, 2012

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge